**MARK DUNNING INDUSTRIES, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 02–5176.**

United States Court of Appeals,
Federal Circuit.

July 14, 2003.

Before MAYER, Chief Judge, MICHEL and RADER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

OLYMPIA PROPERTIES, L.L.C., Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

**No. 03–5039.**

United States Court of Appeals,
Federal Circuit.

July 17, 2003.

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36